## STATE OF OREGON, *Appellant,*
*v.*
## MARGARET ANN WINKELMAN, *Respondent.*
(No. 92739, CA 5230)

545 P2d 601

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

*James W. O'Leary,* Oregon City, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

## PER CURIAM

ORS 609.095(6) reads:

"A dog is a public nuisance if it:
"* * * * *

"(6) Disturbs any person by frequent or prolonged noises * * *."

The sole issue is whether this statute is unconstitutionally vague. We hold that it is not. *State v. Marker,* 21 Or App 671, 536 P2d 1273 (1975).

Reversed and remanded.